## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

IN RE: OBADIAH SAVOY DILLARD,

_____/         Case No. 8:13-mc-19-T-30TGW

### O R D E R

Obadiah Savoy Dillard, a prisoner incarcerated at Santa Rosa Correctional Institution, Milton, Florida, initiated this cause, *pro se*, by filing a motion for appointment of counsel (Dkt. 1), and a motion for leave to proceed *in forma pauperis* (Dkt. 2). It appears from the motions that Dillard seeks to initiate a conditions of confinement claim.

Dillard failed to file any underlying pleading, complaint, or petition. Rule 3, Fed. R. Civ. P., provides that "[a] civil action is commenced by filing a complaint with the court." Local Rule 1.03(c) (M.D. Fla.) provides, in pertinent part, that "[n]o application for any order of court shall be made until the case or controversy in which the matter arises has been docketed and assigned by the Clerk as prescribed by subsection (b) of this rule. . . ."

ACCORDINGLY, the Court **ORDERS** that:

1. This case is **DISMISSED** without prejudice to Dillard filing a civil rights complaint.

2. The **Clerk of Court** shall forward an Affidavit of Indigency form and a copy of the civil rights complaint form to Dillard with his copy of this order.

3. The **Clerk of Court** shall close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 5, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA: sfc
<u>Copy to</u>:
Obadiah Savoy Dillard